# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2020

*The Court of Appeals hereby passes the following order*

**A21I0038. JARRETT JAMES MCCLOUD v. THE STATE .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

19CR813



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, September 18, 2020.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*